# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CYRIL E. SHEA, JR., M.D.,** ) | |
| **BARBARA SHEA,** ) | |
| ) | **CASE NO: 09-CV-30011-KPN** |
| **Plaintiffs** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **GE Money Bank,** ) | |
| ) | |
| **Defendant**. ) | |

## VOLUNTARY DISMISSAL

The Plaintiffs request that the case be dismissed with prejudice and without costs.

                                            The Plaintiffs,
                                            CYRIL E. SHEA and BARBARA SHEA
                                            By their Attorney

                                            \s\ Kenneth J. Gogel
                                            Kenneth J. Gogel, Esq.
                                            BBO #547968
                                            kgogel@gogel-gogel.com
                                            2 Mattoon Street
                                            Springfield, MA  01105
                                            413-788-5683

Dated:  April 7, 2009